_____

No. 95-3977NE
_____

Terry L. Christianson,              *
                                    *
              Appellant,            *
                                    *    Appeal from the United States
      v.                            *    District Court for the District
                                    *    of Nebraska.
Robert P. Houston; Attorney         *
General, State of Nebraska,         *    [UNPUBLISHED]
                                    *
              Appellees.            *
_____

                  Submitted:  May 13, 1996

                    Filed:  May 22, 1996
_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.
_____

PER CURIAM.

      Terry L. Christianson appeals the district court's denial of his 28
U.S.C. § 2254 petition.  Initially, we reject Christianson's contention
that Nebraska's robbery statute is constitutionally ambiguous.  Having
rejected Christianson's constitutional claim, we conclude Christianson's
trial and appellate counsel were not ineffective for failing to challenge
the statute's constitutionality.  Accordingly, we affirm.  See 8th Cir. R.
47B.

      A true copy.

          Attest:

              CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.